UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | NO. 2:21 CR 00061-PPS/JPK |
| ) | |
| KRISTEN WIREMAN,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Kristen Wireman's decision to enter a plea of guilty to Count 1 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 26, 29.]  Following a hearing held on the record on September 20, 2022 [DE 29], Judge Kolar found that defendant understands the charge, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her decision to enter a plea of guilty to Count 1, charging her with possessing with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Kristen Wireman's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 29] in their entirety.

Defendant, Kristen Wireman, is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is SET for January 13, 2023, at 1:00 p.m. Hammond/Central time, before this Court in Hammond, Indiana.

ENTERED: October 4, 2022.

                                       /s/   Philip P. Simon
                                       PHILIP P. SIMON, JUDGE
                                       UNITED STATES DISTRICT COURT